**Le'Mon HORTON, Movant/Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 86119.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Feb. 13, 2007.

JoAnn Rotermund, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun J. Mackelprang, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before GLENN A. NORTON, P.J., LAWRENCE E. MOONEY and KENNETH M. ROMINES, JJ.

### ORDER

PER CURIAM.

The movant, Le'Mon Horton, appeals from the motion court's judgment denying his Rule 29.15 motion for post-conviction relief after an evidentiary hearing. We have reviewed the parties' briefs and the record on appeal and find no clear error. An opinion would have no precedential value. The parties have been provided with a memorandum, for their information only, setting forth the reasons for this decision.

The motion court's order denying the movant's Rule 29.15 motion for post-conviction relief is affirmed. Rule 84.16(b)(2).